UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No. | CR 09-00229-GAF-1 | Date | April 6, 2010 |
|---|---|---|---|

| Present: The Honorable | **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | F. Javier Villalobos, Spanish Interpreter |

| Renee Fisher | Lisa Gonzalez | Christopher K Lui, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sergio Ramirez | √ | √ | | William R Domnarski | √ | √ | |

**Proceedings:**   CHANGE OF PLEA (Held and Completed)

☒   Defendant moves to change plea to the Indictment.

☒   Defendant now enters a new and different plea of Guilty to Counts 1, 2, 3 and 9 of the Indictment.

☒   The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

☒   The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **July 12, 2010 at 1:30 p.m. for sentencing.**

☒   The Court vacates the jury trial date and status conference date as to this defendant only

☒   Court orders: This matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report to be disclosed to the defendant thirty (35) days prior to sentencing unless the minimum period is waived.

☒   Other:

|  | 00 | : | 42 |
|---|---|---|---|

Initials of Deputy Clerk   rf

cc:   USPO