# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.     CR 09-229 GAF - 1                                                                  Date     July 12, 2010

Present: The Honorable     GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Renee Fisher | Lisa Gonzalez | Christopher K. Lui, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

Interpreter     Estella Moll, Spanish Interpreter

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Sergio Ramirez | √ | √ | | 1) William Domnarski | √ | √ | |

**PROCEEDINGS:     SENTENCING AND JUDGMENT HEARING     ☐ Contested     ☒ Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     _X_ Refer to separate Judgment Order.
____ Imprisonment for _Years/months_ on each of counts _____
     Count(s) _____ concurrent/consecutive to count(s) _____
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     ____ Perform _____ hours of community service.
     ____ Serve _____ in a CCC/CTC.
     ____ Pay     $_____ fine amounts & times determined by P/O.
     ____ Make   $_____ restitution in amounts & times determined by P/O.
     ____ Participate in a program for treatment of narcotic/alcohol addiction.
     ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     ____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay     $_____ per count, special assessment to the United States for a total of     $_____
____ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ The Court ORDERS all remaining count(s)/underlying indictment/information, ordered dismissed.
_X_ Defendant informed of his right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.     ____ Processed statement of reasons.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release _____.
____ Present bond to continue as bond on appeal.     ____ Appeal bond set at     $_____
____ Filed and distributed judgment. ENTERED.
_X_ Other     The Court recommends that the defendant be designated in a Bureau of Prison facility somewhere in Southern California.

                                                                                                   00   :   25
                                                            Initials of Deputy Clerk     rf

cc: