# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 09-229 GAF-1 | Date: January 24, 2012 |

Present: The Honorable **GARY ALLEN FEESS**

Interpreter None

| Renee Fisher | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) SERGIO RAMIREZ | NOT | X | | 1) FRED D. HEATHER | NOT | | X |

**Proceedings:**   (IN CHAMBERS)

The Court appoints Fred Heather as counsel for Defendant 1) Sergio Ramirez. Mr. Heather can be reached at: 10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067, (310) 282-6285-phone, fheather@glaserwell.com - email.

|  | : |  |
|---|---|---|
|  | Initials of Deputy Clerk | RF |

cc: William R. Domnarski