UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff - Appellee,  v.  SERGIO RAMIREZ, AKA Edgar Carlon,  Defendant - Appellant. | No. 10-50345  D.C. No. 2:09-cr-00229-GAF-1 U.S. District Court for Central California, Los Angeles  **MANDATE** |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

The judgment of this Court, entered April 18, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-50345 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00229-GAF |
| v. | |
| SERGIO RAMIREZ, a.k.a. Edgar Carlon, | MEMORANDUM[*] |
| Defendant - Appellant, | |

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted April 17, 2012[**]

Before:    LEAVY, PAEZ, and BEA, Circuit Judges.

Sergio Ramirez appeals from his guilty-plea conviction and 148-month sentence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A); possession with intent

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); and maintaining a drug involved premises, in violation of 21 U.S.C. § 856(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ramirez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez with the opportunity to file a pro se supplemental brief. Ramirez has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**